UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS R. AHERN,<br>　　　Plaintiff,<br><br>vs.<br><br>SIG SAUER, INC. and CITY<br>OF CAMBRIDGE,<br>　　　Defendants. | C.A. No.: 1:21-CV-11007-DJC |

## NOTICE OF WITHDRAWAL OF APPEARANCE

To the Clerk of the Above Named Court:

Pursuant to Local Rule 83.5.2, please withdraw my appearance in the above captioned matter as counsel on behalf of the Defendant City of Cambridge.  Attorney Diane O. Pires will continue representing the Defendant City of Cambridge in this matter.


Dated: 9/27/2021

/s/ Sean M. McKendry
Sean M. McKendry (BBO #678844),
Attorney for Defendant City of Cambridge
Cambridge Law Department, City Hall
795 Massachusetts Avenue
Cambridge, MA 02139
(617) 349-4121
smckendry@cambridgema.gov

1

## **VERIFICATION**

    I, Diane O. Pires, hereby certify that a true copy of the above document was served upon counsel of record via ECF.


Dated: September 27, 2021                      ___/s/ Diane O. Pires_____
                                                              Diane O. Pires