UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

———————————————————————
                                                    )
THOMAS R. AHERN,                     )        C.A. No.: 1:21-CV-11007-DJC
     Plaintiff,                                )
                                                    )
vs.                                                )
                                                    )
SIG SAUER, INC. and CITY          )
OF CAMBRIDGE,                          )
     Defendants.                            )
———————————————————————)

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my appearance as counsel for the Defendant City of Cambridge in the above-captioned case.

DEFENDANT,
CITY OF CAMBRIDGE
By their attorney,

/s/ Brian A. Schwartz_____
Brian A. Schwartz, Esq. (BBO# 681687)
City of Cambridge Law Department
Cambridge City Hall
795 Massachusetts Avenue
Cambridge, MA 02139
Tel. 617-349-4121

Date: 1/18/22

CERTIFICATE OF SERVICE

I, Brian A. Schwartz, hereby certify that a true copy of the above document was served upon the following counsel of record via ECF:

/s/ Brian A. Schwartz_____