# EXHIBIT A
















EXHIBIT 11