# EXHIBIT F



**P320**
**P320 X-Series**

**OWNERS MANUAL:** HANDLING & SAFETY INSTRUCTIONS

READ THE INSTRUCTIONS AND WARNINGS IN THIS MANUAL CAREFULLY BEFORE USING THIS FIREARM. DO NOT DISCARD THIS MANUAL.

City Response Production 3 000916



EXHIBIT 4



## 5.1 Clearing a Jam

While shooting any firearm, an unfired cartridge or fired cartridge case may occasionally become jammed between the slide and the barrel. WHILE KEEPING THE MUZZLE POINTED IN A SAFE DIRECTION, clear the jam as follows:

1. Remove the magazine, then
2. Pull back the slide and lock it to the rear by pushing up on the slide catch lever.
3. The jammed cartridge or case now can be removed by shaking it out or by picking it out.

**⚠ WARNING – EJECTION**



The slide opens and shuts quickly while firing. Keep face and hands away from it. Hot brass and powder gas is ejected quickly and can burn you. Always wear safety glasses and hearing protectors.

**SLIDE OPENS FAST – HOT BRASS EJECTED**

**⚠ WARNING – HANDLING**



All SIG SAUER pistols incorporate effective mechanical safeties to ensure they only fire when the trigger is pressed. However, like any mechanical device, exposure to acute conditions (e.g. shock, vibration, heavy or repeated drops) may have a negative effect on these safety mechanisms and cause them to fail to work as designed. After suspected exposure to these conditions, have the firearm checked by a certified armorer before using. Mechanical safeties are designed to augment, and not replace safe handling practices. **Careless and improper handling of any firearm can result in unintentional discharge.**

---

**City Response Production 3 000940**