# EXHIBIT J

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

-----------------------------------------x
THOMAS AHERN,

Plaintiff,

v.

Case No. 21-cv-11007-DJC

SIG SAUER, INC. and CITY OF CAMBRIDGE.,

Defendants.
-----------------------------------------x

January 23rd, 2024
1:00 p.m.

Videotaped, Video Teleconference Deposition of Expert Witness, JAMES TERTIN, taken by all parties, pursuant to Notice, via eLitigate Video Conferencing, before Sabine Faustin, a Shorthand Reporter and Notary Public within and for the State of New York.

Direct - J. Tertin

done on Mr. Ahern's matter?

A Just reading his Complaint and the other documents pertaining to his case.

Q Okay, so would it be fair to say then that the reason that you have changed your opinion that the P320 pistol can discharge without a full trigger pull is because you read allegations in the Complaint and other documents provided to you pertaining to Mr. Ahern's allegations?

THE WITNESS: Could you say that again?

Your voice kind of fades in and out.

MS. DENNISON: Sure. I'm sorry, I moved away from the phone.

Q All right, so since December 15th, you've read Mr. Ahern's Complaint in this matter; is that correct?

A Yes.

Q What else have you reviewed that has caused you to change your opinion, besides Mr. Ahern's complaint?

A Well, I reviewed Mr. Toner's expert report, and I referred to Derek Watkins' expert report, and I referred to Mr. Hick's expert report.

Direct - J. Tertin

Q Okay, um, now, you say that you reviewed Mr. Toner's expert report. Mr. Toner has not produced an expert report in this matter, so what report are you referencing?

A Uh, Staltowski.

Q Was there anything in Mr. Toner's report in Staltowski that caused you to change your opinion -- you opinion that the P320 cannot discharge without a full trigger pull?

A He talked about the sear and the striker mating surfaces being MIMed, and I believe I mentioned that in my very first expert report that I wrote, and I agree with him that because they're not secondarily machined -- and we call that qualified in our industry; qualifying they're machined to a specific dimension and a specific surface finish. And since that hasn't happened, they don't make perfectly, and they're both spring-loaded, so jostling could potentially cause that firearm to discharge without a pull.

Q Are you claiming Mr. Toner said that?

THE WITNESS: Pardon?

Q Are you saying that that is something that Mr. Toner put in an expert report?

Direct - J. Tertin

A No oh, no, I'm sorry, that's -- Mr. Toner is the SIG engineer; that would be Mr. Hick.

Q Now Mr. Hick stated that in his report in the Staltowski versus SIG Sauer matter, correct?

A Yes.

Q And I deposed you in the Staltowski versus SIG Sauer matter, correct?

A Yes.

Q And you told me in Staltowski versus SIG Sauer that the P320 pistol cannot discharge without a full trigger pull; do you remember that?

A Yes.

Q And since that deposition in Staltowski versus SIG Sauer, I have deposed you an additional seven cases, so a total of eight cases before we got here today. And in all eight of those cases you told me that P320 cannot discharge without a trigger pull, do you recall that?

A Yes.

MS. DENNISON: Okay, so what I'm trying to get at is why now, today, you are telling me that the P320 pistol can discharge with a trigger pull.

Q So what -- so you told me that you

Direct - J. Tertin

MS. DENNISON: What I'm asking is:

Q How can they become separated without a trigger pull; how does the striker foot and sear disengage without a trigger pull?

MR. LEVITT: Objection asked and answered.

A It would have to be through some sort of jostling, dumping, moving; something like that.

Q And when they become disengaged how does that happen; does the striker foot move up; does the sear move down; do they move together; how does that physically work?

A The striker can't move up; that's encased within the slide. So the sear would have to move down.

Q What would cause the sear to move down?

A Jostling, bumping, grinding, day-to-day --

Q Now --

MR. LEVITT: Again, Kristen, if you -- I'm not sure he's quite done with some of his questions -- with some of his answers before you start with your questions.

Direct - J. Tertin

encapsulated within the slide.

Q So what can cause the sear to move down?

A Um, we talked about this previously. It could be bumping, jostling, moving, um, day-to-day motion. It's possible for that sear/striker that are unqualified and rough to slightly start to separate, and then at some point it will release.

And it isn't fair to say that one thing is going to cause it to fire. I suggest that -- that these five things, in any combination, could cause that pistol to fire, not any one thing.

Q Okay, but don't you need the three pounds of force that you measured to make that sear move down?

A Yes, I measured that.

Q Okay, and so when you talked about the jostling, the bumping and the day-to-day movement, wouldn't that require three pounds of force to push that sear down?

A Yes. Theoretically, yes.

Q Well, not -- I mean, you say theoretically but that's quantifiable, that's



Direct - J. Tertin

Q How are they wrong?

A The sear is not even close to the actual sear in the 320. Those aren't actual drawings from State; those are something that somebody made up.

Q Okay, so we talked about the small sear engagement; we talked about the non-qualified MIMed parts; the spring part tension between the sear and the striker, what is your criticism on that?

THE WITNESS: Did I what?

MS. DENNISON: Sorry, I moved away from my phone, which I tend to do. I forgot I'm on my phone.

Q What is your criticism about the spring charged tension between the sear and the striker on the P320?

A Again, the sear is spring loaded, so it can easily move out of the way, without any motion on the trigger or trigger part; that's really -- that's really unique to the 320.

Q How is it going to move out of the way from the spring charge?

A Jostling, bumping, day-to-day use,

Direct - J. Tertin

carrying, sitting, moving, that's what could cause it to move away, and Mr. Watkins' contradicts that, saying that they reclaim their position, and I will test that.

Q Once you test that, if you find that regains, will you change your opinion on that matter?

A Hmm, I don't know about that. I -- probably not. I don't have a full sampling of guns. Um, I have a few here that I can test it on. I might.

Q Well, if you tested it, and you found that it regained, wouldn't you have to change your opinion?

MR. LEVITT: Which opinion are we talking about?

Sorry Kristen, it's not here.

MS. DENNISON: No problem. The spring charge tension between the sear and the striker.

Q So if you -- either you're critical of that Mr. Tertin, because you believe that it can move away and it won't regain, so if you tested it and you found that it regained, wouldn't you have

Direct - J. Tertin

MS. DENNISON: Okay, are we ready to go to.

MR. LEVITT: Ready on this end.

THE VIDEOGRAPHER: All set?

Going back on the record at 3:20 p.m. Central time.

Q Mr. Tertin, if we accept your opinions as true, that the sear and the striker became disengaged in Mr. Ahern's event, based on your testing something had to pull his trigger partially back to disengage the striker safety lock; is that right?

A Hmm, uh, two things, yes, in an to your question; or the striker safety lock wasn't functioning. It would have been one of those two things or a combination.

Q And you have no evidence that Mr. Ahern's striker safety lock was not functioning, right?

A That's correct.

Q So for you to be able to say that Mr. Ahern's pistol discharged without a trigger pull, something had to disengage the striker safety lock, right?

Cross - J. Tertin

A Yes.

Q Are there other alternatives design, other than redesigning the sear, that would render the P320 safe in your view?

A Uh, yes. A well designed manual safety would render that gun safe, and when I say well designed -- I mentioned this earlier -- a safety that blocked the sear or striker or both, or disengages the sear striker relationship, that's an effective manual safety.

Q Any other alternative designs that would render the P320 safe?

A Um, tab trigger would render it -- significantly safer than it currently is, as a single action pistol.

Q And I tab trigger would increase the safety of the firearm used as the drop fires, correct?

A Drop fire --

MS. DENNISON: Objection to form.

A (Continuing) -- Drop fire is one, and a simple brushing motion on the trigger is the other. A simple brushing motion won't fire a tab trigger. The finger has to be squarely on it to

Cross - J. Tertin

your mind about the fundamental nature of the incident and what happened?

A No.

Q Your -- as discussed throughout the day today, your opinion regarding the susceptibility of the P320 to fire with a trigger pull has evolved; is that correct?

A Yes, that's correct.

Q Um, and is -- you mentioned five factors that in your view, I think you said a combination of those five factors makes the P320 susceptible to a discharge without a trigger pull; is that correct?

A Yes.

MS. DENNISON: Objection to form.

Q And what were those five factors again?

A Um, it was the small -- a small sear engagement; non-qualified or metal injection molded, MIM parts; spring charge connection between the striker and the sear; a non--- no effectively designed external safety; um, and lastly, it was -- it's a single action pistol, uh, with a very small trigger pull in order to fire it.

Cross - J. Tertin

And I think I added after that, if it -- if it had a tab safety -- this was under the single action heading -- if it had a tab trigger, I mean, it would be significantly more safe than just a bare trigger.

Q And is part of your evolution with regard to your opinion as to the susceptibility of the P320 to discharge without a trigger pull, based on your considering and analyzing those five factors as a combination?

MS. DENNISON: Objection to form.

A Yes.

Q Can you explain why that is?

A Well, those five factors can work together in any -- any combination. I'm not saying that one or the other will cause that gun to inadvertently discharge.

But you might take point 1 and point 4 working against each other, or together; point 1, 2 and 3 working together or against each other, but it's a combination of those five things that can definitely cause that pistol to inadvertently fire.

Q And why is it that your opinion has evolved now to the focus on those five factors and

Cross - J. Tertin

combinations?

A Well, I've mentioned all five of those in past, so -- so none of those five are new. However, coupled with my testing and Mr. Ahern's Complaint and deposition, I now believe his gun did fire without a trigger pull.

Q So your testing and his allegations caused you to go back and to reconsider how those five factors could interact with each other?

A Yes, correct.

Q And based on that reconsideration of how those five factors could interact with each other, your opinion evolved to the point where you determined that the P320 could fire without a trigger pull; is that accurate?

MS. DENNISON: Form.

A Yes, that's accurate.

Q Do you have an opinion as to whether the P320 is defectively designed?

A Yes, I believe it is defectively designed and -- from day one, because it's a -- I mentioned in earlier reports, it is the only single action pistol designed with no type of external safety whatsoever.

Cross - J. Tertin

Q Is your opinion that the P320 is defectively designed based on the five factors that you have discussed today?

A Absolutely, yes.

Q Do you have a measurement of that actual -- of the actual engagement, with respect to the sear and the striker?

A Yes, on all the pistols I've looked at, it's between 38 and 41 thousandths.

Q Is that significant to you?

A Yes, that's significant; that's -- that's a minimal trigger pull for a tootie (sic) gun like this; that's a very, very, small trigger pull, with about slightly under four to five and a half pounds of pull to disengage the sear striker.

Q And do you have an opinion --

A (Continuing) -- what that translates to is an excellent trigger for an average person who buys that gun.

And what I mean by excellent trigger is I mean it feels really good, and it's easy to shoot, because the trigger is light, with minimal Crete (sic).

Q Do you have an opinion as to whether

Cross - J. Tertin

single action pistol makes that gun dangerous.

Q And the non-qualified parts you're mentioning, those would be -- is -- am I correct that those would be, in theory, different in every firearm, or perhaps every batch of firearms; is that correct?

A Yes, they could be. They're molded and they're not -- there's no secondary operations; they're not machined or drawn to a specific dimension, or surface finish.

Q So what does that mean, in terms of, um -- in terms of their -- whether they are identical in every single firearm manufactured by by P3 -- by SIG Sauer?

A Well, if they're not identical; if one of them is bent or warped slightly, then that sear/striker relationship could be greatly diminished.

Um, you understand the MIM process That --

Q Why don't you explain it to us?

A It's somewhat extensive. And I'm not saying the MIM process is bad. It's a good way to get cheap parts.

Cross - J. Tertin

Q And that would be another -- well, that would be another alternative to try to make this firearm safer; is that correct?

A That's correct.

MS. DENNISON: Objection to form.

Q You -- you mentioned that the sear, um, can become disengaged from the striker; I think you said based on sort of day-to-day activities could make that already tenuous engagement more tenuous; is that correct?

MS. DENNISON: Objection to form.

A Yes.

Q And what sort of activities did you have in mind when you said that?

A Oh, I mentioned, uh, walking, jostling, bumping, running; getting in and out of a vehicle or a squad car; um, sitting down, standing up, having coffee; just day-to-day movements.

Q And, um, can you describe for us how that would make that engagement more tenuous?

A It is possible that through that movement and jostling, that the sear, which is held vertically, via two springs and the striker, which is held horizontally with one spring, that hook

Cross - J. Tertin

connection could slightly roll, to the point that it was barely, barely connected.

And then at some point it may let go; it may let go on its own; it may let go when it's slightly moved or bumped or jostled or anything.

We talked about that, and that's the test that I'm going to do, to see if that sear -- striker will reengage fully after the sear is partially depressed.

Q So vibration could, um -- is it -- would vibration be a factor in making that engagement more tenuous?

A Well, in my opinion vibration would be part of it, but I would think bumping and jostling would be more important.

Q How about if a firearm was dropped?

A That would be serious. That could cause a sudden dislodge of the parts.

Q Could it also cause a further disengagement, but not -- not all the way?

A Yes, it could.

MS. DENNISON: Objection to form.

Q And what would the -- what would the ramifications of that be?

Cross - J. Tertin

A Well, then, uh, the -- let's say that happened; and the sear damage -- if the gun was dropped, let's say the sear then was half or two-thirds engaged, or unengaged, at that point, you only have maybe 15 or 20 thousandths of sear engagement left; that translates to two things: one a very, very light trigger, or continuation of bumping, jostling, standing, sitting or getting in and out of a vehicle, could cause that remaining sear engagement to disappear and the gun to fire.

Q What about the striker safety lock?

A The striker safety lock, on the gun I have here and tested, work. It's a mechanical part. It also has a spring. The one I have has a spring; I don't know if they all have.

But if the striker safety lock was functioning and the trigger was not moved, the gun should not fire.

Q How does the striker safety lock work?

A Uh, it's a very small stamp lever on the right side of the striker, as you're looking from the rear of the gun forward.

And as the trigger is depressed, it -- it's in an up position at all times, so that if the