# EXHIBIT M

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------x

THOMAS R. AHERN,

              Plaintiff,

    -against-         Civil Case No.:
                         1:21-CV-11007-DJC
SIG SAUER INC. and CITY OF CAMBRIDGE,

              Defendants.

---------------------------------------------x

         REMOTE VIDEOTAPED VIDEOCONFERENCE
DEPOSITION OF PETER VILLANI, a non-party witness
herein, located in Cresskill, New Jersey 07626,
taken by the Defendants, pursuant to Notice, held
on Monday, January 22, 2024, at 9:58 o'clock a.m.,
before Deborah Moschitto, a Shorthand Reporter and
Notary Public of the State of New York.



```
 1                       P. Villani
 2         A.     Yes.
 3         Q.     Any others, any other incidents
 4  where you did not specifically -- were not
 5  specifically disclosed as an expert that
 6  you're relying on to support your opinions in
 7  this case?
 8         A.     I don't know -- not Frankenberry,
 9  I'm sorry, the Kineski, Officer Kineski who
10  is my officer that shot himself, that's why I
11  got involved with this in the first place.
12  But that didn't go to litigation.
13         Q.     Okay.  But you inspected that
14  pistol; correct?
15         A.     Correct.
16         Q.     And we CT scanned that pistol at
17  NSI?
18         A.     Yes.
19         Q.     So you didn't -- you didn't issue
20  a report in that case, but that's one that
21  you basically examined, just like you did the
22  cases where you've been involved in
23  litigation; right?
24         A.     I believe there was some
25  statement to his gun in one of my earlier
```

