# EXHIBIT O

```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF SOUTH CAROLINA
                      FLORENCE DIVISION
-------------------------------------------------------X

THOMAS FRANKBERRY and SANSANI FRANKBERRY,

                Plaintiffs,

                Civil Action No.: 6-20-cv-3120-TMC

        -against-


SIG SAUER, INC.,
                                        CERTIFIED
                Defendants.             TRANSCRIPT
-------------------------------------------------------X

                       Remote Deposition
                       New York, New York 11716


                       September 16, 2021
                       10:06 a.m.


    DEPOSITION of SEAN TONER, on behalf of the

    Defendant herein, taken by the Plaintiff, held

    at the above-mentioned time and place, before

    KIARA MILLER, a Notary Public of the State of

    New York.
```

1
2  function, what do you mean by that?
3         So are you saying that outside of
4  shooting the weapon?
5     Q   Right.  That's correct.
6     A   I mean, we did some things like
7  cycle testing where we wouldn't have to
8  shoot the weapon, we could cycle test it
9  without firing a shot.  So, in other words,
10 we did what is known as dry firing.
11        So what that means is you don't
12 have any ammunition in the weapon, you
13 essentially pull the trigger, release the
14 striker, and then hand cycle the slide, and
15 do that repeatedly for a larger number of
16 cycles.
17        We've also done things with
18 machines that simulate firing, you know,
19 basically what I was just describing, where
20 it pull the trigger cycle, slide repeatedly
21 so that you don't have to have a person
22 doing it.  Things like that.
23        I can't think of any other type of
24 testing that would fall into that category.
25    Q   Do you do any testing for

1
2  accidental discharges?
3          MR. GIBSON:  Object to form.
4     A    I'm not sure how that type of
5  testing would even be performed, to be
6  honest with you.
7     Q    And that's okay, but that's a, no,
8  you don't do any testing for that?
9          MR. GIBSON:  Same objection.
10    A    When you say accidental discharge,
11 I don't even know what that means.  So it's
12 hard to say how you would create a test to
13 evaluate that.
14    Q    Do you do any testing on the gun
15 as to whether it will dis -- to test whether
16 or not it will discharge without a trigger
17 pull?
18    A    Outside of abusive testing, no.
19    Q    Do you do any testing with
20 holsters?
21    A    Outside of whether they fit in the
22 holster, no.
23    Q    Why not?
24    A    It depends on, you know, holsters
25 are -- there's varying manufacturers of