# EXHIBIT H

| | |
|---|---|
| **From:** | OConnor, Dennis <6f4b4196d10b489789fa0090794f4b3a-o'connor, d@exchangelabs.com> |
| **Sent:** | Thursday, October 24, 2019 10:49 AM |
| **To:** | Faulhaber, Michael <Michael.Faulhaber@HoustonPolice.Org> |
| **Subject:** | Re: Accidental Discharges |

Mike
Thank You very much

Get Outlook for iOS

**From:** Faulhaber, Michael <Michael.Faulhaber@HoustonPolice.Org>
**Sent:** Thursday, October 24, 2019 10:46:32 AM
**To:** OConnor, Dennis <doconnor@CambridgePolice.org>
**Subject:** RE: Accidental Discharges

Dennis,

Attached is a General Order from the Houston Police Department which covers Accidental Discharges. Personnel with HPD do have the option of carrying the Sig P320. With respect to the holsters, standard issue is for weapons without a rail mounted light, if officers have a rail mounted light then they have to purchase their own holster. The holster HPD uses is the Safariland model #7360-83. HPD officers have been carrying the Glock since they were first available. The Glock has the internal striker/hammer as well. The bottom line is Training, especially Indexing – your trigger finger along the side of the weapon when not confronted by a threat. When confronted by a threat or a facing target during practice then the trigger finger engages the target. I know that sounds elementary but the practice and muscle memory are important.

Mike


M. J. Faulhaber, Commander
Westside Division – Houston Police Department
3203 S. Dairy Ashford
Houston, TX 77083
W: 832/394-5769
C: 281/414-7743


**From:** OConnor, Dennis [mailto:doconnor@CambridgePolice.org]
**Sent:** Thursday, October 24, 2019 6:29 AM
**To:** Voss, Emilie <Emilie.Voss@fairfaxcounty.gov>; Medina, Jesse <jmedina@coralgables.com>; 'Britt, James' <James.Britt@seattle.gov>; Amal Awad <aawad@hyattsville.org>; Andy Jordan <Jordan59@mailbox.sc.edu>; Anthony Collins <acollins@hcso.tampa.fl.us>; Anthony Cretella <cretellaa@charleston-sc.gov>; Anthony Martinez <Anthony.Martinez@fresno.gov>; Anthony Martinez <martinez@mydelraybeach.com>; Billy Rea <reawi001@hartford.gov>; Bobby Ledwell <ledwellr@concordnc.gov>; Brian Bosco <brnbosco@aol.com>; Brian Henderson <Bhenderson@VCSO.US>; Carl Barchus <cbarchus@nyu.edu>; Casey Moilanen <rmoilanen@rochestermn.gov>; Charles Bezio <charles.bezio@peoriaaz.gov>; Charles Hampton <crhampton@atlantaga.gov>; Cherise Gause <2302@miami-police.org>; Chris Crawforth <ccrawforth@cityofsparks.us>; Chris Vogan <cvogan@bart.gov>; Cody Estling <c.estling@cedar-rapids.org>; Dan Brislin <daniel.brislin@sdsheriff.org>; Dan Perea <Daniel.perea@sfgov.org>; Daniel Hanafin <dhanafin@bpd.org>; Daniel Moreno

<dmoreno@torranceca.gov>; Danielson, James <James.Danielson@seattle.gov>; Dave Richards <drichards@spokanepolice.org>; David Abuelhawa <dabuelhawa@howardcountymd.gov>; David Bavencoff <dbavencoff@nationalcityca.gov>; Dennis Moon <dmoon@c3gov.com>; OConnor, Dennis <doconnor@CambridgePolice.org>; Dion Hatchett <Dion.hatchett@baltimorepolice.org>; Donald Lambert Jr <Lam02@henrico.us>; Donald Sharp <dsharp@riversidesheriff.org>; Donny Williams <donny.williams@wilmingtonnc.gov>; Eric Lehenbauer <eric.lehenbauer@normanok.gov>; Fiona Wilson <fiona.wilson@cfseu.bc.ca>; Frank Banford <frank.banford@phila.gov>; Gabriel Rodriguez <rodriguez12@camdencountypd.org>; Geoffrey Harris <gsharris@hcso.tampa.fl.us>; Geoffrey Rollins <grollins@ashevillenc.gov>; George Forman <formang@pbso.org>; James Harrington <jharrington@pd.cityofsacramento.org>; James Henning <james.henning@denvergov.org>; James Laughter <jlaughter@ci.benicia.ca.us>; James Lovell <jlovell@danversma.gov>; James McCreary <JGMccreary@co.pg.md.us>; Jason Jenkins <jjenkins@friscotexas.gov>; Jeff Bridge <jeff.bridge@hq.dhs.gov>; Jeffrey Hunter <jhunter@sunnyvale.ca.gov>; Jenerio Sanders <jsanders@nola.gov>; John Coppedge <john.coppedge@denvergov.org>; John Stuckey <john.stuckeyIII@sheriff.pima.gov>; Jonathan Arguello <jonathan.arguello@newark.org>; Jonathan Barba <jon.barba@state.co.us>; Jonathan Patton <jonathan.patton@kcpd.org>; Judith Harrison <Judith.Harrison@nypd.org>; Justin Moore <justin.moore@lansingmi.gov>; Justin Timm <jtimm@williamsbay.org>; Kellie High-Foster <khighfoster@cmpd.org>; Kirk LeCroy <klecroy@cityofirving.org>; Kyle Dishko <kyle.dishko@arlingtontx.gov>; Lauren Caputo <lcaputo@ci.el-cerrito.ca.us>; Marc Reina <34490@LAPD.online>; Mark Ciccarelli <mchick21@comcast.net>; Mark Harmon <Mark.Harmon@chicagopolice.org>; Masha Rogers <mrogers@ncsbi.gov>; Michael Denning <michael.denning@cityofhenderson.com>; Michael Ensminger <maensminger@jeffco.us>; Faulhaber, Michael <Michael.Faulhaber@HoustonPolice.Org>; Michael Pooley <Michael_pooley@tempe.gov>; Mike Lee <mike.lee@sheriff.hctx.net>; Mike Moulton <mmoulton@cityofelcajon.us>; Mike Terry <Michael.terry@greensboro-nc.gov>; Norman Montgomery <norman.m.montgomery@cbp.dhs.gov>; Patrick Harris <pfharris@vbgov.com>; Read, Paula <Paula.Read@HoustonPolice.Org>; Peter DiMaggio <pdimaggio@glencovepd.org>; Phil Van Landschoot <pvanland@capecoral.net>; Raymond Tang <raymond.tang@sfgov.org>; Rena Martinez <rmartinez@fcgov.com>; Richard Fortin <rfortin@vcso.us>; Richard Gibson <Richard.gibson@baltimorepolice.org>; Rick Randall <rick.randall@austintexas.gov>; Robert Warrick <rwarrick@sbcsd.org>; Robert Wilson <rwilson@pbgfl.com>; Roberto Arredondo <roberto.arredondo@dallascityhall.com>; Sean Marchand <smarchand@oceansideca.org>; Sharon Dottin <Sharon.Dottin@pd.boston.gov>; Sharon Oster <sharon.oster@okc.gov>; Sierra Brucia <sbrucia@lodi.gov>; Stacey Shepherd <Stacey.shepherd@torontopolice.on.ca>; Steve Haulmark <shaulmark@kckpd.org>; Steve Morgan <smorgan@saanichpolice.ca>; Steven Hunt <shunt@naugatuckpd.org>; Tanya Meisenholder <tanya.meisenholder@nypd.org>; Taylor Schmitz <taylor.schmitz@nashville.gov>; Theodore Swiderski <tswiderski@wpb.org>; tdearing <tdearing@grapevinetexas.gov>; Todd Gibson <tgibson@clevelandcountyok.com>; Tommy Collins <thomas.collins@kingcounty.gov>; Tony Zanolini <tzanolin@mesquitepolice.org>; Walter Tate <Walter.Tate@durhamnc.gov>; Warren McConkey <warren.mcconkey@nashville.gov>; William Ramirez <wramirez@cityofgoosecreek.com>; emilievoss@gmail.com
**Subject:** Accidental Discharges

Good Morning Seventy-Five:
I hope this email finds everyone well.
I am hoping to get some help with Accidental Discharges;
A year ago the Department transitioned from the Sig Sauer P229 .40 caliber to the Sig Sauer P320 9mm which is single action with an internal hammer. The first trigger pull on the P229 is about 12lbs, every trigger pull on the P320 is 5.5 to 6.5 lbs. We have had to accidental discharges since May, both are clearly operator error, but one officer was saved by his cell phone, the second one was seriously injured, but luckily missed his femoral artery and is going to recover. I'm hoping to get help with a couple of things;
- A) Does anyone have a policy specifically for accidental discharges, or a directive that addresses who investigates either Criminal Investigations or Professional Standards
- B) If your department utilizes the Sig P320 have you had any issues
- C) And a question about holsters, specifically safariland, should you be utilizing a holster made for a sidearm equipped with a rail mounted light, with a sidearm that doesn't have a rail mounted light

Thank You for your help.

**City Response Production 4 003424**

**City Response Production 4 003424**

Dennis

**City Response Production 4 003425**

City Response Production 4 003425