# EXHIBIT I

| | |
|---|---|
| **From:** | Albert, Jack <JAlbert@CambridgePolice.Org> |
| **Sent:** | Monday, September 30, 2019 3:11 PM |
| **To:** | Tibrewal,Manisha <mtibrewal@cambridgepolice.org> |
| **Subject:** | Fwd: Training request |
| **Attach:** | OOS Travel Request HTI NJ (002).pdf; ATT00001.htm; HTI NJ.pdf; ATT00002.htm |

I won't approve pending hearing outcome.

Jack Albert
**Superintendent of Operations**
Cambridge Police Department
125 Sixth Street
Cambridge, MA 01242
(617) 349-9323 work
(617) 719-8479 Mobile
jalbert@cambridgepolice.org


Begin forwarded message:

> **From:** "Ahern, Stephen A (Deputy)" <SAAhern@CambridgePolice.Org>
> **Date:** September 25, 2019 at 12:05:28 PM EDT
> **To:** "Albert, Jack" <JAlbert@CambridgePolice.Org>, PDTrainingAndCertification <PDTrainingAndCertification@CambridgePolice.org>
> **Subject: Fwd: Training request**
>
> Sir,
> I recommend LT Tom Ahern attend this training.
>
> V/r
>
> Deputy Superintendent
> Stephen A. Ahern
> Cambridge Police Department
> 125 Sixth Street
> Cambridge, MA 02142
> 617-349-3230
> Saahern@cambridgepolice.org
>
> Begin forwarded message:
>
>> **From:** "Ahern, Thomas" <TAhern@CambridgePolice.Org>
>> **Date:** September 25, 2019 at 10:33:09 AM EDT
>> **To:** "Ahern, Stephen A (Deputy)" <SAAhern@CambridgePolice.Org>
>> **Subject: Training request**
>>
>> Deputy,
>>
>> Please find a training request and an OOS request to attend a two day training in New Jersey. The training is about medical treatment and rescue in a high threat environment.
>> The training is being evaluated on its effectiveness and worth to be brought to the region. If deemed worthy the training will be brought to the region and given to police/fire and EMS

City Response Production 4 001583

through the region.

Members of the MBHRS T&E committee are requested to attend, of which I am the current Vice President of. Members to include Boston Police, Fire and EMS as well as members of the Cambridge Police and Fire.

This training is directly related to my duties as SRT commander and VP of the T&E committee.

I have attached a link to the training for you to evaluate.

Thank you

https://www.soarescue.com/events/high-threat-interventions-2


Detective Lieutenant Thomas R. Ahern
Criminal Investigations Section
Cambridge Police Department
125 Sixth St.
Cambridge, Massachusetts 02142
617-349-9364
tahern@cambridgepolice.org

**Confidentiality Note**
*The documents accompanying this e-mail transmission contain information from the Criminal Investigations Section which is CONFIDENTIAL AND/OR PRIVILEGED. This e-mail is protected under Massachusetts General Laws. If you are not the intended recipient be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this e-mail in error, please notify us by telephone immediately (617) 349-3370.*

**City Response Production 4 001584**