# EXHIBIT J

| | |
|---|---|
| **From:** | BBard@CambridgePolice.org |
| **Sent:** | Friday, October 18, 2019 4:07 PM |
| **To:** | Albert, Jack <JAlbert@CambridgePolice.Org> |
| **Subject:** | Re: Oak Ridge PD |

Select another viable candidate

Sent from my iPhone

On Oct 18, 2019, at 4:06 PM, Albert, Jack <JAlbert@cambridgepolice.org> wrote:

> I have been delaying response to several training requests sent by Deputy Ahern for SRT related trainings for Tom Ahern. If we are going to move forward with removing Tom from the SRT, I will deny the trainings and instruct Deputy Ahern to select another viable candidate to attend these trainings.
>
> Jack Albert
> **Superintendent of Operations**
> Cambridge Police Department
> 125 Sixth Street
> Cambridge, MA 01242
> (617) 349-9323 work
> (617) 719-8479 Mobile
> jalbert@cambridgepolice.org
>
>> Begin forwarded message:
>>
>> **From:** "Ahern, Stephen A (Deputy)" <SAAhern@CambridgePolice.Org>
>> **Date:** October 18, 2019 at 10:39:29 AM EDT
>> **To:** "Albert, Jack" <JAlbert@CambridgePolice.Org>
>> **Cc:** PDTrainingAndCertification <PDTrainingAndCertification@CambridgePolice.org>
>> **Subject: FW: Oak Ridge PD**
>>
>> Sir,
>>
>> I am recommending that Lt Ahern attend this training that is tailor made for Cambridge.
>>
>> V/r
>>
>> **From:** Ahern, Thomas
>> **Sent:** Friday, October 18, 2019 10:24 AM
>> **To:** Ahern, Stephen A (Deputy) <SAAhern@CambridgePolice.Org>
>> **Subject:** Oak Ridge PD
>>
>> Deputy,
>>
>> Please find attached training request for myself to attend a Personal Radiation Detection class in Oak Ridge TN in January. This class is tailored to Cambridge and put on by the US DOE.

**City Response Production 4 001910**

There is not cost to the City other than my absence in Cambridge for three days.
I have also included the email outlining the training.

Thank you,


Detective Lieutenant Thomas R. Ahern
Criminal Investigations Section
Cambridge Police Department
125 Sixth St.
Cambridge, Massachusetts 02142
617-349-9364
tahern@cambridgepolice.org

**Confidentiality Note**
*The documents accompanying this e-mail transmission contain information from the Criminal Investigations Section which is CONFIDENTIAL AND/OR PRIVILEGED. This e-mail is protected under Massachusetts General Laws. If you are not the intended recipient be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this e-mail in error, please notify us by telephone immediately (617) 349-3370.*


<PRD training request form.pdf>

<OOS Travel Request MIT DOE Oak Ridge.pdf>

<PRD Registration Form.pdf>

<mime-attachment>

City Response Production 4 001911