LT. JOSEPH MURPHY                                          August 31, 2023
AHERN vs SIG SAUER, INC., ET AL.                                       108

```
 1        Q.  That's the date you're not sure of?
 2        A.  I'm not sure.
 3        Q.  So you interviewed people on May 19th.  You
 4   got Tom Ahern's, and you collected all the evidence.
 5   You took photos.  You got Tom Ahern's supplemental
 6   statement.  You were going to have the firearm
 7   examined by an independent lab?
 8        A.  I would have requested that.
 9        Q.  Which you were never able to do?
10        A.  Yes.
11        Q.  Other than that, had you done anything else
12   in terms of the investigation?
13        A.  No.
14        Q.  At that point, was it your view that the
15   independent lab inspection of the firearm was the --
16   was the next investigative step to take?
17        A.  For me, the next thing was when I explained
18   when I went to go get the firearm was to photograph
19   it in its entirety and have it photographed and
20   documented better than these positions with
21   different cameras, but the firearm was no longer in
22   evidence.
23        Q.  And then after photographing it, the next
24   step was to send it out for independent lab?
```



800.211.DEPO (3376)
EsquireSolutions.com

```
 1       A.  We would -- it would be requested to do
 2   that.
 3       Q.  Was there anything else you felt you needed
 4   to do?
 5       A.  At the time, there might have been stuff
 6   that I could have followed up on, but when the
 7   firearm was gone, the firearm was gone.  The
 8   investigation was tainted?
 9       Q.  Have you ever in your career referred a
10   matter to Professional Standards?
11       A.  I've referred things up to the -- my chain
12   of command that had been referred to internal
13   affairs.
14       Q.  That were subsequently referred to internal
15   affairs?
16       A.  Yes.
17       Q.  Did you submit up your chain of command
18   with a recommendation that it be sent to internal
19   affairs?
20       A.  No.  Just done the situation.  Whatever the
21   situation was, I would report that, and then that
22   would --
23       Q.  You just report the facts of your
24   investigation, and there are situations where you've
```



 1  reported the facts of your investigation up the
 2  chain, and the investigation has subsequently been
 3  assigned to PSU?
 4      A.  Yes, or if you're doing a complaint from a
 5  citizen and they are complaining and everything
 6  else, I tell them their options of going to internal
 7  affairs and filing a complaint with them also.
 8      Q.  Is there anything in your investigation of
 9  the Tom Ahern discharge that led you to believe that
10  it warranted a referral to Professional Standards?
11      A.  I didn't get to complete the investigation.
12      Q.  Based on the investigation that you were
13  able to complete, was there anything in connection
14  with that investigation that led you to believe that
15  a referral to Professional Standards was warranted?
16      A.  Not at that time -- the point of where I
17  was in the investigation.
18      Q.  You interviewed all the parties in the van;
19  correct?
20      A.  Correct.
21      Q.  You had taken pictures of all the evidence
22  and had somebody else take pictures of the evidence;
23  correct?
24      A.  Correct.

