UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THOMAS R. AHERN,<br>　　Plaintiff,<br><br>vs.<br><br>SIG SAUER, INC. and CITY OF CAMBRIDGE,<br>　　Defendants. | C.A. No.: 1:21-CV-11007-DJC |

## WITHDRAWAL OF APPEARANCE OF DIANE O. PIRES

To the Clerk of this court and all parties of record:

Please withdraw the appearance of Diane O. Pires <u>only</u> as counsel for defendant City of Cambridge. Sean McKendry, Kate Kleimola and Franziskus Lepionka <u>remain</u> counsel of record for the City of Cambridge.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　Defendant,
　　　　　　　　　　　　　　　　　　　City of Cambridge, By its Attorney

Dated: September 5, 2024　　　　　　　/s/ Diane O. Pires
　　　　　　　　　　　　　　　　　　　Diane O. Pires (BBO #681713),
　　　　　　　　　　　　　　　　　　　Attorney for Defendant City of Cambridge
　　　　　　　　　　　　　　　　　　　Cambridge Law Department, City Hall
　　　　　　　　　　　　　　　　　　　795 Massachusetts Avenue
　　　　　　　　　　　　　　　　　　　Cambridge, MA 02139
　　　　　　　　　　　　　　　　　　　(617) 349-4121
　　　　　　　　　　　　　　　　　　　dpires@cambridgema.gov

## **VERIFICATION**

      I, Diane O. Pires, hereby certify that a true copy of the above document was served upon counsel of record via ECF.

Dated: September 5, 2024                                /s/ Diane O. Pires_____
                                                                           Diane O. Pires