UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THOMAS R. AHERN,<br>    Plaintiff,<br><br>vs.<br><br>SIG SAUER, INC. and CITY OF CAMBRIDGE,<br>    Defendants. | C.A. No.: 1:21-CV-11007-DJC |

**WITHDRAWAL OF APPEARANCE**
**OF EVAN C. BJORKLUND**

To the Clerk of this court and all parties of record:

Please withdraw the appearance of Evan C. Bjorklund <u>only</u> as counsel for defendant City of Cambridge. Sean McKendry, Kate Kleimola and Franziskus Lepionka <u>remain</u> counsel of record for the City of Cambridge.

                              Respectfully submitted,
                              Defendant,
                              City of Cambridge, By its Attorney

Dated: September 16, 2024          /s/ Evan C. Bjorklund
                                          Evan C. Bjorklund (BBO #686658),
                                          Attorney for Defendant City of Cambridge
                                          Cambridge Law Department, City Hall
                                          795 Massachusetts Avenue
                                          Cambridge, MA 02139
                                          (617) 349-4121
                                          ebjorklund@cambridgema.gov

## **VERIFICATION**

I, Evan C. Bjorklund, hereby certify that a true copy of the above document was served upon counsel of record via ECF.

Dated: September 16, 2024                    /s/ Evan C. Bjorklund_____
                                             Evan C. Bjorklund