UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS R. AHERN,<br><br>      Plaintiff,<br><br>      vs.<br><br>SIG SAUER, INC., AND CITY OF CAMBRIDGE<br><br>      Defendants. | Civil Action No.: 21-cv-11007-DJC |

## ASSENTED TO MOTION OF THE PLAINTIFF TO CONTINUE TRIAL

The plaintiff, Thomas Ahern, moves to continue the trial of this case, currently scheduled for November 3, 2025, to a date convenient for the Court in or about Spring 2026. The defendants, Sig Sauer, Inc., and the City of Cambridge, assent to the relief requested herein. As grounds for this motion, the plaintiff states as follows.

In May-June 2025, in response to requests from the plaintiff, defendant Sig Sauer produced more than a Terabyte of discovery related to the testing of the P320 (the "FMECA" and the "Testing Information"). These disclosures, which are the subject of the plaintiff's pending Motion for Sanctions, consist of ten years' worth of analysis and testing materials related to the P320, including among other things, videos of testing, worksheets related to testing, and other related documents. The plaintiff requests the continuance so that he will have adequate time to properly and comprehensively analyze -- and have his expert witnesses properly and comprehensively analyze -- the full breadth of this new discovery.

The plaintiff and Sig Sauer have reached an agreement to resolve the pending Motion for Sanctions in connection with this motion for a continuance. Pursuant to that agreement: (1) Sig

Sauer assents to continuing the trial date to approximately Spring 2026, as convenient for the Court; (2) upon the Court's continuance of the trial to Spring 2026, the plaintiff will withdraw his pending Motion for Sanctions and Sig Sauer will produce the following Sig Sauer employees for depositions in this matter: (i) Matt Taylor as a Rule 30(b)(6) corporate designee on the FMECA and the Testing Information, and (ii) Sean Toner as a fact witness regarding the FMECA and the Testing Information; (3) the plaintiff will agree not to object to Sig Sauer employees Matt Taylor and Phil Strader testifying at trial; and (4) the plaintiff reserves the right to depose Phil Strader prior to trial.

The City of Cambridge also assents to the plaintiff's request that the Court continue the trial to Spring 2026.  If the trial is rescheduled, the parties will submit a revised proposed scheduling Order for the Court's consideration.

For the foregoing reasons, the plaintiff requests that the Court continue the trial, currently scheduled for November 3, 2025, to a date convenient for the Court in or about Spring 2026.

Respectfully submitted,

*/s/ Peter K. Levitt*
Peter K. Levitt (BBO #565761)
Michelle R. Pascucci (BBO #690889)
Pietro A. Conte (BBO #707055)
DONNELLY, CONROY & GELHAAR LLP
260 Franklin Street, Suite 1600
Boston, MA 02110
Tel: 617-720-2880
pkl@dcglaw.com
mrp@dcglaw.com
pac@dcglaw.com

>Jeffrey S. Bagnell
>Federal Bar No. CT18983
>Admitted Pro Hac Vice
>Jeffrey S. Bagnell, Esq., LLC
>55 Post Road West
>Westport, Connecticut 06880
>Tel: 203-984-8820
>jeff@bagnell-law.com

## L.R. 7.1(a)(2) CERTIFICATION

Pursuant to L.R 7.1(a)(2), I certify that I have conferred with counsel for the Defendants and attempted in good faith to resolve or narrow the issues contained herein and the Defendants assent to the relief sought herein.

>*/s/ Peter K. Levitt*
>Peter K. Levitt

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on July 9, 2025.

>*/s/ Pietro A. Conte*
>Pietro A. Conte