UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS R. AHERN,<br><br>    Plaintiff,<br><br>    v.<br><br>SIG SAUER, INC. and CITY OF CAMBRIDGE,<br><br>    Defendants. | No. 21-cv-11007-DJC |

ASSENTED-TO MOTION TO WITHDRAW
APPEARANCE OF PETER K. LEVITT

Pursuant to Local Rule 83.5.2(c), Peter K. Levitt moves to withdraw his appearance as attorney for the plaintiff, Thomas Ahern. As grounds therefore, Mr. Levitt is leaving the law firm of Donnelly, Conroy, and Gelhaar, LLP for other employment. Attorneys T. Christopher Donnelly, Peter Gelhaar, Timothy Madden, Pietro Conte, and Jeffrey Bagnell will remain as counsel for Mr. Ahern. Counsel for Sig Sauer, Inc., and counsel for the City of Cambridge assent to the relief sought herein.

Respectfully submitted,

/s/ *Peter K. Levitt*
Peter K. Levitt (BBO #565761)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, Massachusetts 02110
(617) 720-2880
pkl@dcglaw.com

Dated: August 29, 2025

2

## L.R. 7.1(a)(2) CERTIFICATION

Pursuant to L.R 7.1(a)(2), I certify that I have conferred with counsel for the Defendants and attempted in good faith to resolve or narrow the issues contained herein and counsel for Sig Sauer, Inc., and the City of Cambridge assent to the relief sought herein.

                                                      */s/Peter K. Levitt*
                                                     Peter K. Levitt

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on August 29, 2025.

                                                       */s/ Peter K. Levitt*
                                                     Peter K. Levitt