# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THOMAS R. AHERN,<br><br>    Plaintiff,<br><br>    v.<br><br>SIG SAUER, INC., AND CITY OF CAMBRIDGE<br><br>    Defendants. | 21-cv-11007-DJC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Thomas R. Ahern ("Plaintiff") and Defendant Sig Sauer Inc. ("Defendant"), by and through their respective undersigned counsel, hereby stipulate and agree that the above action, including all claims, causes of actions, and counterclaims that were or could have been asserted in this action are hereby dismissed, with prejudice. Plaintiff and Defendant hereby stipulate and agree to waive all rights to appeal the dismissal of this action and each party agrees to bear their own attorneys' fees and costs.[1]

Dated: May 27, 2026               Respectfully submitted,

| THOMAS AHERN, | SIG SAUER INC., |
|---|---|
| By his attorneys, | By its attorneys, |
| */s/ Timothy H. Madden* | */s/ Aloke S. Chakravarty* |
| T. Christopher Donnelly (BBO #129930) | Aloke S. Chakravarty (BBO #637288) |
| Peter E. Gelhaar (BBO #188310) | Joseph D. Lipchitz (BBO #632637) |
| Timothy H. Madden (BBO #654040) | Bridgitte E. Mott (BBO #684770) |
| Pietro A. Conte (BBO #707055) | SAUL EWING LLP |
| Donnelly, Conroy & Gelhaar, LLP | 131 Dartmouth Street, Suite 501 |
| 260 Franklin Street, Suite 1600 | Boston, MA 02116 |
| Boston, MA 02110 | T: (617) 723-3300 |

---

[1]     Defendant City of Cambridge was previously dismissed from this action. *See* ECF 230.

1

Tel: 617-720-2880
tcd@dcglaw.com
peg@dcglaw.com
thm@dcglaw.com
pac@dcglaw.com

Jeffrey Bagnell (*pro hac vice*)
Jeffrey S. Bagnell, Esq., LLC
55 Post Road West
Westport, CT 06880
Tel: (203) 984-8820
jeff@bagnell-law.com

F: (617) 723-4151
aloke.chakravarty@saul.com
joseph.lipchitz@saul.com
bridgitte.mott@saul.com

Kristen E. Dennison (*pro hac vice*)
Littleton Joyce Ughetta & Kelly LLP
The Centre at Purchase
4 Manhattanville Road, Suite 202
Purchase, NY 10577
T: (914) 417-3400
F: (914) 417-3401
Kristen.dennison@littletonjoyce.com

## CERTIFICATE OF SERVICE

I hereby certify that, on May 27, 2026, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/      Timothy H. Madden*
Timothy H. Madden