UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**THOMAS R. AHERN,**

**V.**                                                               **CIVIL ACTION NO. 21-cv-11007-DJC**

**SIG SAUER, INC., AND**
**CITY OF CAMBRIDGE**

**ORDER OF DISMISSAL**

CASPER, D.J.

    In accordance with the ECF Order Dismissing Defendant City of Cambridge, dated April 22, 2026, D. 230,  and the Stipulation of Dismissal as to Defendant Sig Sauer Inc., dated May 27, 2026, D. 272, the Court DISMISSES this action with prejudice.

May 28, 2026

/s/ Savannah Cook
Deputy Clerk